[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13379
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00019-SPM-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER TYRONE MACK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(March 7, 2013)

Before WILSON, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Stressing his diminished capacity, Christopher Tyrone Mack appeals his total 322-month sentence, imposed after he pleaded guilty to possession with intent to distribute narcotics and possession of a firearm in furtherance of drug trafficking.  We lack jurisdiction to review the district court's refusal to grant a downward departure: nothing in the record indicates that the district court incorrectly believed that it lacked to authority to depart downwardly.  For background, see *United States v. Dudley*, 463 F.3d 1221 (11th Cir. 2006).

AFFIRMED.